**B9B (Official Form 9B)** (Chapter 7 Corporation/Partnership No Asset Case) (12/07)     Case Number **10–20324–MS**

# UNITED STATES BANKRUPTCY COURT
DISTRICT of District of New Jersey

## Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 4/6/10.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below.
NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

### See Reverse Side For Important Explanations.

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
First Priority Pay, LLC
fka Priority Pay Payroll, LLC
430 Mountain Ave.
Suite 401
New Providence, NJ 07974

| Taxpayer ID/Employer ID/Other Nos.:<br>20–3743134 | United States Bankruptcy Judge:<br>Honorable Morris Stern |
|---|---|
| Attorney for Debtor(s) (name and address):<br>Warren J. Martin Jr.<br>Porzio, Bromberg & Newman<br>100 Southgate Parkway<br>Morristown, NJ 07962–1997<br>Telephone number: (973) 889–4006 | Trustee:<br>Benjamin A. Stanziale Jr.<br>Stanziale & Stanziale<br>29 Northfield Ave<br>Suite 201<br>West Orange, NJ 07052<br>Telephone number: (973) 731–9393<br>The United States Trustee, Region 3 appoints the above–named individual as interim trustee as of the date of the filing of the bankruptcy petition. |

### Meeting of Creditors:

Date: **May 14, 2010**         Time: **02:30 PM**

Location: **Office of the US Trustee, Raymond Blvd., One Newark Center, Suite 1401, Newark, NJ 07102–5504**

### Creditors May Not Take Certain Actions:

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

### Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

### Creditor with a Foreign Address:

A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| **Address of the Bankruptcy Clerk's Office:**<br>MLK Jr Federal Building<br>50 Walnut Street<br>Newark, NJ 07102<br>Telephone number: 973–645–4764 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>James J. Waldron |
|---|---|
| Business Hours:<br>8:30 AM – 4:00 p.m., Monday – Friday (except holidays) | Date: 4/8/10 |

# EXPLANATIONS

B9B (Official Form 9B) (12/07)

| | |
|---|---|
| Proof of Identification and Social Security Number | Important notice to individual debtors: Effective March 1, 2002, all individual debtors must provide picture identification and proof of social security number to the trustee at the meeting of creditors. Failure to do so may result in your case being dismissed. |
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor's representative must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

–– Refer to Other Side for Important Deadlines and Notices ––

Undeliverable Notices.    Undeliverable notices will be sent by return mail to the debtor. It is the debtor's responsibility to obtain the party's correct address, resend the returned notice, and notify this office of the party's change of address. Failure to provide all parties with a copy of this notice may adversely affect the debtor as provided by the Bankruptcy Code.

Case information – telephone access.    Case summary information can be obtained from any touch tone telephone by calling the automated Voice Case Information System (VCIS) at the toll free number: 1–877–239–2547. This service is free of charge and is available 24 hours a day.

Case information – electronic access.    Case summary and docket information can be obtained from the Public Access to Court Electronic Records (Pacer) System. To register or for more information, please call the Pacer Billing Center at 1–800–676–6856 or visit the Pacer Web Site: http://pacer.psc.uscourts.gov.

Internet access.    Additional information may be available at the Court's Web Site: http://www.njb.uscourts.gov.