Form 180 – ntchrgfail

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                Case No.: 10–20324–MS
                Chapter:  7
                Judge:  Morris Stern

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    First Priority Pay, LLC
    fka Priority Pay Payroll, LLC
    430 Mountain Ave.
    Suite 401
    New Providence, NJ 07974

Social Security No.:

Employer's Tax I.D. No.:
    20–3743134

### NOTICE OF MISSING DOCUMENTS AND NOTICE OF DISMISSAL
### IF DOCUMENTS ARE NOT TIMELY FILED

1. Notice is hereby given that the following documents must be filed within 14 days from the date the bankruptcy petition was filed:

      Atty. Disclosure Statement, Statement of Financial Affairs, Summary of Schedules and Schedules A,B,D,E,F,G and H.

2. This case will be dismissed on April 20, 2010, unless the missing documents are received on or before that date by the Clerk of the Court at:

                U.S. Bankruptcy Court
                MLK Jr Federal Building
                50 Walnut Street
                Newark, NJ 07102

If you object to dismissal of the case, you may submit a written request for a hearing setting forth the reasons why dismissal would not be proper. Such request must be received by the Clerk of the Court on or before April 20, 2010.

THIS IS THE ONLY NOTICE YOU WILL RECEIVE. If you fail to timely comply with the requirements set forth above, this case will be dismissed.

Dated: April 7, 2010
JJW: pbf

                                            James J. Waldron
                                            Clerk

        If the schedules you file list more creditors than were included on the list of
        creditors(matrix) filed with your petition, you must file with your schedules
        an amended list of creditors(matrix), listing only those creditors being added,

and a separate verified statement of changes (D.N.J. LBR 1007–2 and 1009–1). You must also pay a $26 fee for the amendment in the form of certified check, money order, or attorney's check.