United States Trustee

*Districts of Delaware and New Jersey*

## NOTICE TO UNITED STATES TRUSTEE OF CHANGE OF NO-ASSET CHAPTER CASE TO ASSET CHAPTER 7 CASE

The following No-Asset Chapter 7 case should be designated as an Asset Chapter 7 case:

NAME OF CASE    First Priority Pay, LLC

CASE NUMBER    10-20324-MS

AMOUNT OF FUNDS ON HAND    Unknown

IF THERE ARE NO FUNDS ON HAND, BUT ASSETS THAT WILL PRODUCE FUNDS ON THIS ESTATE, INDICATE ACTUAL OR ESTIMATE VALUE OF THE ASSETS:

ACTUAL VALUE    Unknown

ESTIMATED VALUE    Unknown

OTHER INFORMATION RELATING TO STATUS OF CASE

SIGNATURE OF TRUSTEE    /s/ Benjamin A. Stanziale, Jr.

NAME OF TRUSTEE    Benjamin A. Stanziale, Jr.    DATED    04/08/10