Form 180 – ntchrgfail

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 10–20324–MS
Chapter: 7
Judge: Morris Stern

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
First Priority Pay, LLC
fka Priority Pay Payroll, LLC
430 Mountain Ave.
Suite 401
New Providence, NJ 07974

Social Security No.:

Employer's Tax I.D. No.:
20–3743134

## NOTICE OF MISSING DOCUMENTS AND NOTICE OF DISMISSAL
## IF DOCUMENTS ARE NOT TIMELY FILED

1. Notice is hereby given that the following documents must be filed within 14 days from the date the bankruptcy petition was filed:

   Atty. Disclosure Statement, Statement of Financial Affairs, Summary of Schedules and Schedules A,B,D,E,F,G and H.

2. This case will be dismissed on April 20, 2010, unless the missing documents are received on or before that date by the Clerk of the Court at:

   U.S. Bankruptcy Court
   MLK Jr Federal Building
   50 Walnut Street
   Newark, NJ 07102

If you object to dismissal of the case, you may submit a written request for a hearing setting forth the reasons why dismissal would not be proper. Such request must be received by the Clerk of the Court on or before April 20, 2010.

THIS IS THE ONLY NOTICE YOU WILL RECEIVE. If you fail to timely comply with the requirements set forth above, this case will be dismissed.


Dated: April 7, 2010
JJW: pbf

James J. Waldron
Clerk

If the schedules you file list more creditors than were included on the list of creditors(matrix) filed with your petition, you must file with your schedules an amended list of creditors(matrix), listing only those creditors being added,

and a separate verified statement of changes (D.N.J. LBR 1007−2 and 1009−1). You must also pay a $26 fee for the amendment in the form of certified check, money order, or attorney's check.

# CERTIFICATE OF NOTICE

```
District/off: 0312-2          User: pfiero                 Page 1 of 1                   Date Rcvd: Apr 07, 2010
Case: 10-20324                Form ID: 180                 Total Noticed: 3

The following entities were noticed by first class mail on Apr 09, 2010.
db           +First Priority Pay, LLC,    430 Mountain Ave.,    Suite 401,    New Providence, NJ 07974-2761
smg           U.S. Attorney,    970 Broad St.,    Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg          +United States Trustee,    Office of the United States Trustee,    One Newark Center,    Suite 2100,
               Newark, NJ 07102-5235
The following entities were noticed by electronic transmission.
NONE.                                                                                                TOTAL: 0
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 09, 2010**            **Signature:**   *Joseph Speetjens*