Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                                        Case No.: 10–20324–MS
                                        Chapter: 7
                                        Judge: Morris Stern

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    First Priority Pay, LLC
    fka Priority Pay Payroll, LLC
    430 Mountain Ave.
    Suite 401
    New Providence, NJ 07974

Social Security No.:

Employer's Tax I.D. No.:
    20–3743134

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

      Please be advised that on July 30, 2010, the court entered the following judgment or order on the court's docket in the above–captioned case:

Document Number: 101 – 96
Order Granting Application to Employ Nathan Unger as Insurance Expert/Consultant. (Related Doc # [96]).The following parties were served: Debtor, Debtor's Attorney, Trustee, US Trustee and Nathan Unger. Signed on 7/30/2010. (rah)

      Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: July 30, 2010
JJW: rah

                                                                   James J. Waldron
                                                                     Clerk

# CERTIFICATE OF NOTICE

```
District/off: 0312-2          User: rheim                 Page 1 of 1                  Date Rcvd: Jul 30, 2010
Case: 10-20324                Form ID: orderntc           Total Noticed: 1

The following entities were noticed by first class mail on Aug 01, 2010.
op           +Nathan Unger,   IRA Risk Management Consultants,   1099 Wall Street W.,
              Lyndhurst, NJ 07071-3678
The following entities were noticed by electronic transmission.
NONE.                                                                                                TOTAL: 0
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 01, 2010                    Signature:    _Joseph Speetjens_