UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2

Jason Brett Schwartz, Esquire
Mester & Schwartz, P.C
1333 Race Street
Philadelphia, PA 19107

Order Filed on May 26, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| In Re: | CASE NO.: | 10-20324-VFP |
| First Priority Pay, LLC, Debtor | CHAPTER: | 7 |
| | HEARING DATE: | May 24, 2016 |
| | JUDGE: | Vincent F. Papalia |

## ORDER DIRECTING PAYMENT OF UNCLAIMED FUNDS

The relief set forth on the following PAGE is hereby ORDERED.

DATED: May 26, 2016

_____

**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

This matter having come before the Court by motion of Dilks & Knopik, LLC requesting

Payment of unclaimed funds in the amount of $2,933.75 and the Court being fully

appraised,


IT IS HEREBY ORDERED:


That the amount of    $2,933.75                    is payable to:

Name:            Dilks & Knopik, LLC

Current Address:

                 35308 SE Center Street

                 Snoqualmie, WA  98065-9216

Rev. 4/25/12